UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>                  Plaintiff,<br><br>        v.<br><br>PRASAD, et al.,<br><br>                  Defendants. | No.  2:21-cv-1727 KJN P<br><br><br>ORDER |

     Plaintiff, a civil detainee, filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff did not sign his application to proceed in forma pauperis.  Accordingly, plaintiff is granted thirty days from the date of this order to submit a signed affidavit in support of a request to proceed in forma pauperis.

     In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a signed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: September 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hill1727.3a(CDCR)