UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRASAD, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-1727 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.  On June 3, 2022, plaintiff filed a reply to defendants' answer.

　　　　Rule 7(a) of the Federal Rules of Civil Procedure provides:

　　　　Pleadings.  Only these pleadings are allowed:

　　　　　　　(1) a complaint;

　　　　　　　(2) an answer to a complaint;

　　　　　　　. . .

　　　　　　　(7) *if the court orders one*, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

　　　　Because the court did not order plaintiff to file a reply, plaintiff's reply is stricken.  Fed. R. Civ. P. 12(f).

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to strike plaintiff's reply (ECF No. 20).

Dated: June 10, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hill1727.77e