UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>             Plaintiff,<br><br>       v.<br><br>PRASAD, et al.,<br><br>             Defendants. | No. 2:21-cv-1727 KJN P<br><br><br>ORDER |

Plaintiff is a civil detainee proceeding pro se. On August 16, 2022, plaintiff filed a motion to compel opposing counsel to produce a license to practice law. Opposing counsel is not required to produce his license to plaintiff. Membership in the State Bar of California is a matter of public record.[1] In any event, under Local Rule 180, attorneys are not allowed to practice in this court unless they are active members of the State Bar of California. L.R. 180(b). Defense counsel is relieved of any obligation to respond to plaintiff's motion, and the motion to compel (ECF No. 24) is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 24) is denied.

Dated: August 19, 2022

/hill1727.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See https://apps.calbar.ca.gov.

1