1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   TYLER V. HEATH, State Bar No. 271478
    Supervising Deputy Attorney General
3   GARRETT L. SEUELL, State Bar No. 323175
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone: (916) 210-6144
6     Fax: (916) 324-5205
      E-mail:  Garrett.Seuell@doj.ca.gov
7   *Attorneys for Defendants Prasad, Tapia, and
    Read*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

13   **CYMEYON HILL,**                    2:21-cv-1727 KJN

14                            Plaintiff,  ~~[PROPOSED]~~ **ORDER**

15          **v.**

16

17   **DR. PRASAD, et al.,**

18                           Defendants.

19

20          On February 22, 2023, defendants Prasad, Tapia and Read requested an order modifying the

21   January 11, 2023 order setting the deadline to file pretrial motions.  Such order granted

22   defendants until February 27, 2023, to file pretrial motions.

23          "The district court is given broad discretion in supervising the pretrial phase of litigation."

24   Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal

25   quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good

26   cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified

27   'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"

28

1    <u>Zivkovic v. Southern California Edison Co.</u>, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting

2    <u>Johnson</u>, 975 F.2d at 607).

3        Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the

4    order extending the deadline to file pretrial motions (ECF No. 30) is granted.  The deadline for

5    defendants to file a dispositive motion is extended until March 9, 2023.  All other deadlines and

6    requirements of the Court's discovery and scheduling order remain in place unless otherwise

7    modified.

8    Dated:  February 24, 2023

9

10                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

11

12    /hill1727.16b2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28