UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. PRASAD, et al.,<br><br>    Defendants. | No.  2:21-cv-1727-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 14, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 14, 2023 (ECF No. 36) are ADOPTED IN FULL;
2. The Court GRANTS Defendants' motion for summary judgment (ECF No. 32); and
3. The Clerk of Court is directed to close this case.

Date:  December 20, 2023

_____
Troy L. Nunley
United States District Judge